IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LATANYA LAWRENCE,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No. 24-cv-736 JPG |

**JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 3/28/2025          MONICA A. STUMP, Clerk of Court

                                                           *s/ Tina Gray, Deputy Clerk*


**Approved:**     *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**